UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fairade Frederick Dorsey,

       Petitioner,                                **Civil No. 14-4803 (SRN/SER)**

v.

Ms. D. Wilson,                                         **ORDER**

       Respondent.

---

    Fairade Frederick Dorsey, *Pro Se*, No. 42418177 C, FCI Sandstone, P.O. Box 1000, Sandstone, Minnesota 55072.

    Ana H. Voss, D. Gerald Wilhelm, and Pamela Marentette, Esqs., United States Attorney's Office, 300 South 4th Street, Suite 600, Minneapolis, Minnesota 55415, for Respondent.

---

    The above-captioned case came before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that

    1.    Respondent Ms. D. Wilson's Motion to Dismiss [Doc. No. 8] is **GRANTED**; and

    2.    Fairade Frederick Dorsey's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is **DISMISSED** with respect to Ground One, his challenge to his loss of good conduct time; and

    3.    With respect to the conditions-of-confinement claims and First Amendment claim (Grounds Two and Three), Dorsey is permitted to file an amended pleading, styled as a *Bivens* civil rights complaint, within 30 days of this Order. If Dorsey

fails to take such action within 30 days of this Order, the Court will dismiss Dorsey's remaining claims without prejudice.

Dated: June 26, 2015

                                        s/Susan Richard Nelson
                                        SUSAN RICHARD NELSON
                                        United States District Court Judge