UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| FAIRADE DORSEY, | Case No. 14-CV-4803 (SRN/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| DR. TUBB; LT. TUBB; LT. ANDERSON; CO. DEATHERAGE; MR. ROMAN; MS. MOORE; DHO ROSILES; MS. RAMOS; and MS. MCGHEE, | |
| Defendants. | |

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. This matter be TRANSFERRED to the United States District Court for the Northern District of Texas pursuant to 28 U.S.C. § 1406(a).

Dated: November 20, 2015                              s/Susan Richard Nelson
                                                      SUSAN RICHARD NELSON
                                                      United State District Judge